# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160308(17)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 160308
COA: 347720
Tuscola CC: 13-012924-FH

JAMSHID BAKSHI ZAHRAIE,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his application for leave to appeal is GRANTED. The application submitted on September 26, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2019



Clerk